UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABERCROMBIE & FITCH TRADING, CO., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Beauty Encounter, Inc., a California Corporation; A.A. IRIE PERFUME, INC., a Florida Corporation; HAZ INTERNATIONAL, INC., a Delaware Corporation; L.A. FRAGRANCES, INC., a California Corporation; NANDANSONS INTERNATIONAL, INC., a New York Corporation; PM TRADING CORP, a California Corporation; PRESTIGE BEAUTY GROUP, LLC, a New Jersey limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 8:23-cv-00496-WLH-ADSx<br><br>**ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION [125]** |

WHEREAS Plaintiff Abercrombie & Fitch Trading, Co. ("Abercrombie" or "Plaintiff") has filed the operative First Amended Complaint ("FAC") against defendant HAZ International, Inc. ("HAZ") (and other defendants), alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, and Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, all allegedly arising from, in part, HAZ's

manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of fragrance products bearing identical, substantially indistinguishable, or confusingly similar reproductions of one or more of the Abercrombie Marks (attached hereto and incorporated herein as Exhibit 1) (such products will hereinafter be referred to as "Accused Products."). Exemplar photographs of the Accused Products are shown in ¶ 32 of the FAC and reproduced below in Exhibit 2 for reference.

WHEREAS the parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among Plaintiff and HAZ;

WHEREAS without any admission of liability, HAZ has agreed to consent to the below terms of a permanent injunction, and IT IS HEREBY ORDERED THAT:

1. HAZ and its agents, servants, successors, and assigns are hereby permanently restrained and enjoined from infringing upon the Abercrombie Marks, including, but not limited to:

    a. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products that are identical, substantially indistinguishable, or confusingly similar to the Abercrombie Marks;

    b. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing marks that are identical, substantially indistinguishable, or confusingly similar to the Abercrombie Marks;

    c. engaging in any other activity constituting unfair competition with Abercrombie, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Abercrombie;

    d. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of HAZ are licensed by,

authorized by, offered by, produced by, sponsored by, or in any other way associated with Abercrombie; and

    e.    knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(d) above; and

    f.    knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(d) above.

WHEREAS the Parties further stipulate to the following, and IT IS HEREBY FURTHER ORDERED THAT:

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The execution of this Stipulation/Order shall serve to bind and obligate the parties hereto.

4. Upon satisfaction of other obligations set forth in the Settlement Agreement, the Parties will stipulate to, and Plaintiff will file a separate *Dismissal with Prejudice of the Civil Action as against HAZ*.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

**IT IS SO ORDERED.**

Dated: April 16, 2024

                                  HON. WESLEY L. HSU
                                  UNITED STATES DISTRICT JUDGE

# EXHIBIT 1 – "ABERCROMBIE MARKS"

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 1,999,665 | ABERCROMBIE & FITCH | IC 003 – Cologne |
| 2,713,598 | FIERCE | IC 003 - Personal care products namely, fragrances |
| 3,343,871 | ABERCROMBIE | IC 003 - Fragrances, namely, colognes and perfumes |
| 4,361,667 | ABERCROMBIE & FITCH | IC 003 - Body lotion; Body spray used as a personal deodorant and as fragrance; Body sprays; Cologne; Deodorants for personal use; Fragrances for personal use; Hair shampoos; Perfume and Shower and bath gel |

# EXHIBIT 2

